Andrew T. Baxter
Acting United States Attorney
Northern District of New York

Kimberly L. Schiro
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278
(212) 264-3650, Ext. 228
Fax: (212) 264-6372
Kimberly.Schiro@ssa.gov



*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF NEW YORK*

------------------------------------------------- x
MAYRA CROWELL                          :
                                       :
              Plaintiff,               :   **Hon. David N. Hurd**
       v.                              :   **Magistrate David R. Homer**
                                       :   **Civil Action No. 08-1009**
                                       :
                                       :   **CONSENT ORDER TO REMAND**
COMMISSIONER OF                        :   **PURSUANT TO SENTENCE 6 OF**
SOCIAL SECURITY,                       :   **42 U.S.C. § 405(g)**
                                       :
              Defendant.               :
------------------------------------------------- x

      This matter having been opened to the Court by Andrew T. Baxter, Acting United States Attorney for the Northern District of New York, and Kimberly L. Schiro, Special Assistant United States Attorney, attorneys for the Defendant, for an Order remanding the within cause of action to the Defendant, pursuant to sentence 6 of 42 U.S.C. § 405(g); and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter, so that further administrative action may be taken;

      IT IS on this 25th day of November, 2008;

ORDERED that this matter be, and the same hereby is, REMANDED to reconstruct the file thereafter through further administrative proceedings including holding a new hearing before an administrative law judge and issuing a new decision and it is further

ORDERED that the Court will retain jurisdiction over the within matter, in accord with the decision in <u>Melkonyan v. Sullivan</u>, 111 S. Ct. 2157 (1991).

David N. Hurd, Judge
United States District Court

The undersigned hereby consent to the form and entry of the within order.

ANDREW T. BAXTER
Acting United States Attorney

By: <u>s/ Kimberly L. Schiro</u>
Kimberly L. Schiro
Special Assistant U.S. Attorney

By: <u>s/ Howard D. Olinsky</u>
Howard D. Olinsky, Esq.
Attorney for Plaintiff